JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-1268-ODW-8 |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT AGAINST DEFENDANT ALFONSO BERNAL BARRON |
| ALFONSO BERNAL BARRON, | |
| Defendant. | |

Having considered the government's motion to dismiss the indictment, the Court hereby dismisses the indictment against ALFONSO BERNAL BARRON with prejudice.

IT IS SO ORDERED.

May 30, 2019
DATE

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE